# Unclaimed Funds

Entered 6/5/2013 to 6/5/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 07-16499 -jnf<br>16469741 | Autopart International<br>Henry N. Goldberg, Esq.<br>Arnowitz & Goldberg<br>4 Charlesview Rd., Suite 4<br>Hopedale, MA 01747<br>01747 | 1.00 | 06/05/2013 |
| 07-16646 -jnf<br>18964058 | C.S. & CHRISTENE MO<br>35 DEXTER AVE<br>WATERTOWN, MA 02472<br>02472 | 3.00 | 06/05/2013 |
| 08-10204 -wch<br>18964065 | CLC CONSUMER SERVICES<br>2730 LIBERTY AVE<br>PITTSBURGH, PA 15222<br>15222 | 2,955.46 | 06/05/2013 |
| 08-10352 -wch<br>16425450 | Richars V. Usuriello<br>180 Water Street<br>Unit #112<br>Haverhill, MA 01830 | 4.59 | 06/05/2013 |
| 08-10790 -fjb<br>16486625 | ACS Educational Services, Inc.<br>PO Box 7052<br>Utica, NY 13504<br>13504 | 2,356.02 | 06/05/2013 |
| 08-10790 -fjb<br>16486625 | ACS Educational Services, Inc.<br>PO Box 7052<br>Utica, NY 13504<br>13504 | 1,121.99 | 06/05/2013 |
| 08-10790 -fjb<br>16486625 | ACS Educational Services, Inc.<br>PO Box 7052<br>Utica, NY 13504<br>13504 | 1,027.37 | 06/05/2013 |
| 08-10877 -wch<br>16444555 | Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | 124.03 | 06/05/2013 |

|  |  | 19850 |  |  |
|---|---|---|---|---|
| 08-11059 -jnf<br>16545246 | | Stephen E. Shamban Law Offices, P.C.<br>P.O. Box 850973<br>222 Forbes Road<br>Braintree, MA 02185<br>02185 | 4.60 | 06/05/2013 |
| 08-11743 -wch<br>16618908 | | CitiMortgage, Inc.<br>PO Box 6006<br>The Lakes, Nevada 50323<br>50323 | 1,303.38 | 06/05/2013 |
| 08-16413 -fjb<br>16657990 | | Harvest Credit<br>C/O Kream & Kream<br>PO Box 890117<br>East Weymouth, MA 02189<br>02189 | 15.50 | 06/05/2013 |
| 10-13680 -wch<br>17620880 | | Unifund CCR Partners<br>10625 Techwoods Circle<br>Cincinnati, OH 45242<br>45242 | 54.70 | 06/05/2013 |
| 11-12638 -jnf<br>18937410 | | LINDSAY ALLAN<br>12 HICKORY RD<br>WAKEFIELD, MA 01880<br>01880 | 162.00 | 06/05/2013 |
| 12-15473 -jnf<br>18964046 | | BRIAN AND IRENE PAGLIA<br>59 DANA RD<br>READING, MA 01867<br>01867 | 2,906.82 | 06/05/2013 |
| 12-16007 -wch<br>18964045 | | JOSEPH GRONDELL<br>49 ROSEPOINT AVE<br>WEST WAREHAM, MA 02576<br>02576 | 1,995.84 | 06/05/2013 |

**Grand Total: 14,036.30**